UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NATHAN M. ZUANICH,<br><br>              Petitioner,<br><br>   v.<br><br>STATE OF IDAHO,<br><br>             Respondent. | Case No. 1:11-cv-00154-EJL<br><br>**JUDGMENT** |

In accordance with the Order filed on this date, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case is dismissed with prejudice. Additionally, this case is hereby ordered closed.

DATED: **August 29, 2012**

_Edward J. Lodge_
Honorable Edward J. Lodge
U. S. District Judge

**JUDGMENT - 1**