UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

NATHAN M. ZUANICH,

                Petitioner,

v.

STATE OF IDAHO,

                Respondent.

Case No. 1:11-cv-00154-EJL

**JUDGMENT**

      In accordance with the Order filed on this date, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case is dismissed with prejudice. Additionally, this case is hereby ordered closed.

DATED:  **August 29, 2012**

Honorable Edward J. Lodge
U. S. District Judge

**JUDGMENT - 1**